1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,         )       Criminal Case No. 12cr3352-AJB
                                       )
11                  Plaintiff,         )
                                       )       **ORDER GRANTING**
12         v.                          )       **UNITED STATES OF AMERICA'S**
                                       )       **MOTION TO DISMISS**
13   JUAN MANUEL SANCHEZ,              )       **AND JUDGMENT**
                                       )
14                  Defendant.         )
     _____  )
15

16                          **ORDER AND JUDGMENT**

17         Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS

18   HEREBY ORDERED that Criminal Case No. 12cr3352-AJB be dismissed without prejudice.

19         IT IS SO ORDERED.

20

21   DATED:  December 6, 2012

22                                             _____
                                               Hon. Anthony J. Battaglia
23                                             U.S. District Judge

24

25

26

27

28